FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JAN 11 2017   ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

John Breen, individually and on behalf of all others
similarly situated,

Plaintiff,

-against-

Retrieval-Masters Creditors Bureau, Inc. d/b/a
American Medical Collection Agency,

Defendant.

Docket No:  2:15-cv-07223- JFB-SIL

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for Plaintiff and Defendant that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff's individual claims are dismissed with prejudice and the claims of the putative class are dismissed without prejudice. The parties also stipulate that the court conference scheduled for January 24, 2017 be cancelled and respectfully and jointly request that the Court enter an Order in that regard.

Dated: December 21, 2016

**BARSHAY SANDERS, PLLC**
*Attorneys for Plaintiff*

By: *s/ David M. Barshay*
  David M. Barshay
100 Garden City Plaza, Suite 500
Garden City, New York 11530
516-203-7600; 516-706-5055 (Fax)

**HINSHAW & CULBERTSON LLP**
*Attorneys for Defendant*

By: *s/Han Sheng Beh*
  Han Sheng Beh, Esq.
800 Third Avenue, 13th Floor
New York, New York 10022
Tel: (212) 471-6200; Fax: (212) 935-1166

**SO ORDERED**

_____

Honorable Joseph F. Bianco
United States District Court Judge

The Clerk of
the Court shall
close the case.
The January 24th conference is
cancelled.

SO ORDERED
Joseph Bianco
Joseph F. Bianco
USDJ

Date: _____ Jan. 11 20 17
Central Islip, N.Y

131579142v1 0981939